

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-12-00734-CV

Florentino **GARZA** d/b/a Tino's Auto Mart,
Appellants

v.

**FORD MOTOR COMPANY**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-02-50838-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

The parties have filed an agreed motion in which they ask this court to vacate our judgment, vacate the trial court's judgment, and dismiss the case. The motion is GRANTED and it is hereby ORDERED that:

1. This court's judgment dated November 6, 2013, is hereby VACATED;

2. The trial court's September 26, 2012, Final Judgment is hereby VACATED and the cause DISMISSED;

3. All liability under the supersedeas bond is hereby DISCHARGED;

4. The Bexar County District Clerk release the supersedeas bond to appellant's attorney; and

5. Costs of trial and of this appeal are assessed against the party that incurred them.

FILE COPY

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

Keith E. Hottle
Clerk of Court